# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Derek Dobalian et al,<br><br>PLAINTIFF(S)<br><br>v.<br><br>Liberty Insurance Corporation et al,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:21-cv-09280-SVW-JEM<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 12/24/2021 | 11 | Notice of Dismissal |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☑ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

    The case can be closed as of the date of the Notice of Dismissal.

Clerk, U.S. District Court

Dated: December 29, 2021      By: *PM Cruz*
                                                    Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge